UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    **Plaintiff,**

                Case No. **1:21-cr-00287-JB-1**

  -vs-

CECILIA GILLESPIE,

    **Defendant.**

## ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on defendant Cecilia Gillespie's Opposed Motion for the Defendant's Modification of Conditions of Release, filed on March 22, 2021. Doc. 20. The United States opposes the motion. Doc. 27. Ms. Gillespie's reply is not due until April 19, 2021. But Ms. Gillespie sought to modify the conditions of her release because in January the Court ordered her to be released to the La Pasada Halfway House as soon as a bed became available. *See* Doc. 12. When Ms. Gillespie filed her motion in March, a bed still had not become available. *See* Doc. 20 at 1–2. Yesterday, however, Ms. Gillespie was released to the La Pasada Halfway House, *see* Doc. 28, and the reasons for modifying Ms. Gillespie's conditions of release no longer apply. The Court therefore will deny Ms. Gillespie's motion.

IT IS THEREFORE ORDERED that defendant Cecilia Gillespie's Opposed Motion for the Defendant's Modification of Conditions of Release (Doc. 20) is DENIED.

DATED this 14th day of April 2021

_____
Laura Fashing
United States Magistrate Judge